UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REFLEX MEDIA, INC.,

    Plaintiff,

    v.

DOE NO. 1, et al.,

    Defendants.

Case No. 18-cv-05018-PJH

**ORDER RE SCHEDULING**

Defendants Marca Global, LLC. and Web Presence, LLC. filed motions to dismiss on October 30, 2018, and November 8, 2018, respectively.  The previously assigned magistrate judge set those motions for hearing on December 20, 2018.  The parties then stipulated to an extended briefing schedule that called for briefing to be completed by December 11.  The next day the action was reassigned to this court.

In light of the above, the court will hold a hearing on defendants' pending motions to dismiss on December 19, 2018, at 9:00 a.m., in Courtroom 3, on the 3rd floor of the Federal Building, 1301 Clay Street, Oakland, California.  The parties shall file a new stipulated briefing schedule that sets the reply briefs to be filed no less than 14 days before December 19, 2018, as required by Local Rule 7-2 and 7-3.  If the parties do not want the hearing to be held on December 19, 2018, then it will be held on February 20, 2019, and the parties should submit a stipulated briefing schedule based upon that date.

**IT IS SO ORDERED.**

Dated: November 26, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge